■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHAZ ZACHARY, Appellant. [808 NYS2d 99]—

Appeal by the defendant from a judgment of the County Court, Orange County (DeRosa, J.), rendered October 11, 2001, convicting him of manslaughter in the second degree and criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The testimony of a detective that the defendant's name came up in the course of investigating the criminal occurrence was not improper (*see People v Brown,* 262 AD2d 570 [1999], *affd* 95 NY2d 776 [2000]; *People v Williams,* 193 AD2d 826, 827-828 [1993]; *People v Armstead,* 134 AD2d 601 [1987]). Also, the trial court promptly cured any prejudice resulting from the detective's testimony about a reference to the defendant made by a nontestifying witness when it instructed the jury to consider this evidence only for the purpose of understanding the detective's conduct in response thereto (*see People v Elliott,* 256 AD2d 418 [1998]; *People v Griffin,* 246 AD2d 668 [1998]).

The defendant's remaining contention is without merit. Schmidt, J.P., Cozier, Rivera and Fisher, JJ., concur.